**Wilshire Credit Corporation**

**Payments**
P.O. Box 105344; Atlanta, GA  30348-5344

**Correspondence**
P.O. Box 8517; Portland, OR  97207-8517

**Phone**
(888) 502-0100

**Fax**
(503) 952-7476

**Web Site**
www.wcc.ml.com

July 29, 2009

Clerk of the Court
US Bankruptcy Court
GEORGIA - Northern District (Atlanta)
75 Spring Street SW, Room 1340
Atlanta, GA  30303

Re:    Pearlie Mae James
         Bankruptcy Case No. 09-78270

Dear Clerk of the Court:

Wilshire Credit Corporation is servicer of the mortgage in the above named debtor(s) bankruptcy case.  Please add the following name and address to the debtor(s)' mailing matrix:

Wilshire Credit Corporation
PO Box 1650
Portland, OR  97207-1650

If you have any questions please do not hesitate to call the undersigned

Sincerely,

/s/ Nancy Zumwalt
Bankruptcy Specialist