# UNITED STATES BANKRUPTCY COURT
## NORTHERN District - GEORGIA

In re:

JAMES , PEARLIE MAE

    Debtors.

_____/

CASE NO. 09-78270-MHM

CHAPTER 7 Case

FILED

## NOTICE OF ADDITIONAL CREDITORS

    Doug Belden, as Tax Collector of Hillsborough County, Florida, hereby gives notice that the individuals listed below have purchased the pre-petition, secured ad-valorem real property tax liens of Hillsborough County by virtue of payment for tax certificates issued by the Tax Collector pursuant to Chapter 197, Florida Statutes.

| CERTIFICATE HOLDER | PLYMOUTH PARK TAX SERVICES LLC |
|---|---|
| FOLIO NUMBER | 183363.0000 |
| TAX YEAR | 2008 |
| CERTIFICATE AMOUNT | 5012.77 |
| CERTIFICATE NUMBER | 210626-09 |
| DATE PURCHASED | 05/30/09 |
| INTEREST RATE | 7% |

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been provided either by U.S. Mail or Electronically to PLYMOUTH PARK TAX SERVICES LLC, PO BOX 2288 , MORRISTOWN NJ 07962; E L CLARK CLARK & WASHINGTON PC BLDG 3 STE A 3300 NORTHEAST EXPWY ATLANTA GA 30341; JORDAN E LUBIN BUILDING 2 8325 DUNWOODY PLACE ATLANTA GA 30350.

United States Bankruptcy Court, NORTHERN District, W YVONNE EVANS, 1340 RUSSELL FEDERAL BUILDING 75 SPRING STREET SW, ATLANTA GA 30303.

July 27, 2009

        Doug Belden,
        Tax Collector of Hillsborough County, Florida

        /s/ Xiomara Gonzalez

        By: Xiomara Gonzalez
            2506 N Falkenburg Rd
            Tampa, Florida 33619
            Telephone:  (813) 635-5210 x5534
            FAX:  (813) 612-6749
            Senior Customer Service Rep, for Doug Belden
            Hillsborough County Tax Collector

Doug Belden, Hillsborough County Tax Collector   Delinquent Real Estate Property Tax

## Hillsborough County Notice of Delinquent Real Estate Taxes

Tax Year: 2008

| | | |
|---|---|---|
| XG · | PIN   A-14-29-18-4S0-A00000-00010.0 | FOLIO NO.   183363-0000 |
| P/M ID   4188558 | BUYER NO.   1305 | TAX DISTRICT   TBH |
| ASSESSED VALUE   200504 | IND. CERTIFICATE NO.   210626   SALE YEAR   2009 | MILLAGE   21.67670 |

| DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Ad Valorem | 4,346.26 | Ad Valorem | 4,346.26 |
| Non-Ad Valorem | 59.76 | Non-Ad Valorem | 59.76 |
| Interest Penalty | 132.18 | Interest Penalty | 132.18 |
| Commission Amount | 226.91 | Commission Amount | 226.91 |
| Advertising Fee (Real Estate) | 3.00 | Advertising Fee (Real Estate) | 3.00 |
| Certificate Interest | 238.41 | Certificate Interest | 238.41 |
| Collector Fee | 6.25 | Collector Fee | 6.25 |
| Amount Due If Paid By Jul 31 09 | 5,012.77 | Amount Due If Paid By Aug 31 09 | 5,012.77 |

**AMOUNTS ARE SUBJECT TO CHANGE AT ANYTIME**

Postmarks are not applicable in determining interest on delinquent taxes.  * PAYMENT REQUIRED IN CERTIFIED U.S. FUNDS *

OWNER NAME(S) / PROPERTY LOCATION
JAMES PEARLIE

2505 N GLENWOOD DR

LEGAL DESC.
RIDGEWOOD PARK LOT 10 BLOCK A

**SEE REVERSE SIDE FOR
RECEIPT VALIDATION**

*If paying by mail: Please detach and return bottom part with your payment.*

## HILLSBOROUGH COUNTY NOTICE OF DELINQUENT REAL ESTATE TAXES

**PIN  A-14-29-18-4S0-A00000-00010.0  PROP ID  4188558**      **Tax Year** 2008

| IND. CERTIFICATE NO.   210626 | SALE YR   2009 | BUYER NO.   1305 | | ASSESSED VALUES  TOTAL   200504 | TAX DISTR ST   TBH | MILLAGE   21.67670 | FOLIO NO.   183363-0000 |
|---|---|---|---|---|---|---|---|

**PAYABLE IN US FUNDS TO:
DOUG BELDEN, TAX COLLECTOR**
P.O. BOX 172920
TAMPA FL 33672-0920

**PAYMENT REQUIRED IN
CERTIFIED U.S. FUNDS**
Cash, Cashier's Check or
Money Order

| 5,012.77 | Amount Due If Paid By Jul 31 09 |
|---|---|
| 5,012.77 | Amount Due If Paid By Aug 31 09 |

RIDGEWOOD PARK LOT 10 BLOCK A

PEARLIE JAMES
230 MADELINE PARK
RIVERDALE GA  30296-1986

Postmarks are not applicable in
determining interest on delinquent taxes.

2704   18336300001   0004768115   0000238410   08   09