**IT IS ORDERED as set forth below:**

Date: September 23, 2009

_____
**Margaret H. Murphy
U.S. Bankruptcy Court Judge**

_____

```
              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION

IN RE:                           )  CHAPTER 7
                                 )
PEARLIE MAE JAMES,               )  CASE NO. 09-78270 - MHM
                                 )
        Debtor.                  )
-------------------------------- )----------------------------------
                                 )
EMC MORTGAGE CORPORATION,        )
                                 )
        Movant,                  )  CONTESTED MATTER
                                 )
vs.                              )
                                 )
PEARLIE MAE JAMES                )
JORDAN E. LUBIN, TRUSTEE,        )
                                 )
        Respondents.             )
```

ORDER GRANTING MOTION FOR RELIEF FROM STAY

The Motion of EMC MORTGAGE CORPORATION, for itself, its

successors and assigns ("Movant") was filed July 24, 2009

[Doc. No. 9] and scheduled for hearing August 25, 2009, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest. Movant seeks relief regarding the real property located at and commonly known as 2505 North Glenwood Drive, Tampa, Florida (the "Property") pursuant to its Note and Mortgage. No opposition to the Motion was filed of record or presented at the hearing and Respondents were properly served. Therefore, it is hereby

ORDERED that the 11 U.S.C. Section 362(a) automatic stay is modified as to Movant. It is further

ORDERED that Movant may proceed to assert its rights, including but not limited to the institution and completion of foreclosure proceedings, collection of reasonable fees, and may assert any and all of its respective rights and remedies under applicable law, as to the Property. It is further

ORDERED that upon completion of any foreclosure sale, any funds in excess of the lawful payoff due Movant under its Note and Mortgage and to any subordinate lienholder, properly entitled to receive proceeds under applicable state law, shall be promptly remitted to the Trustee for the benefit of the Estate.

[END OF DOCUMENT]

(signatures on following page)

DRAFT PREPARED AND PRESENTED BY:


s/ A. Michelle Hart, Bar No. 334291
Anthony Maselli, Bar No. 558670
Attorney for Movant
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102
(678) 281-6534
Fax (866) 254-7160

DISTRIBUTION LIST

```
Pearlie Mae James
230 Madeline Park
Riverdale, GA 30296

E. L. Clark, Esquire
Clark & Washington, P.C.
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341

Jordan E. Lubin, Trustee
8325 Dunwoody Place
Building 2
Atlanta, GA 30350
```